```
E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
Major Frauds Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0698/2426
     Facsimile: (213) 894-6269/0141
     E-mail:   jeff.mitchell@usdoj.gov
               daniel.boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>             v.<br><br>YASIEL PUIG VALDES,<br><br>             Defendant. | No. CR 22-394-DMG<br><br>STIPULATION REGARDING REQUEST FOR TRIAL DATE<br><br>**PROPOSED TRIAL DATE:** 01/10/2023 |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Jeff Mitchell and Daniel Boyle, and defendant YASIEL PUIG VALDES ("defendant"), both individually and by and through his counsel of record, Keri Axel, hereby stipulate as follows:

1. An Information and plea agreement in this case were filed on August 29, 2022, and unsealed on November 14, 2022. Defendant first appeared before a judicial officer of the court in which the

charges in this case were pending on November 15, 2022.  The Honorable Patricia Donahue, United States Magistrate Judge, did not set a trial date because of the filed plea agreement and referred the parties to this Court for a change of plea hearing.

2.   Defendant appeared before this Court on November 23, 2022, for a scheduled change of plea; however, defendant did not plead guilty.  At defendant's request, the Court continued the change of plea hearing to November 29, 2022.

3.   Defense counsel has advised the government that defendant does not intend to plead guilty.  The parties subsequently notified the Court of defendant's intent, and the Court vacated the change of plea hearing scheduled for November 29, 2022.

4.    The Speedy Trial Act, 18 U.S.C. § 3161, requires that the trial commence on or before January 24, 2023.

5.   Defendant is released on his own recognizance pending trial. The parties estimate that the trial in this matter will last approximately five days.

6.   By this stipulation, the parties request that the Court set a trial date of January 10, 2023.

7.   Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy

//
//
//

Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Dated: November 28, 2022        Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


          /s/ Jeff Mitchell
JEFF MITCHELL
DANIEL BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA


Dated: December 1, 2022          /s/ Per E-Mail Authorization
KERI CURTIS AXEL
Attorney for Defendant
Yasiel Puig Valdes